UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Jeanne Dovenmuehler,

            Plaintiff,

                               CIVIL
vs.                             Court File No. 05-cv-1894 (MJD/RLE)

St. Cloud Hospital,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED:

1. That the deadline for Plaintiff to file a Response to Defendant's Motion for Summary Judgment is hereby extended up to and including July 19, 2006 at 12:00 noon CST.

2. That the deadline for Defendant to file a Response to Plaintiff's Response to Defendant's Motion for Summary Judgment is hereby extended up to and including July 31, 2006 at 12:00 noon CST.

3. That clerk may enter this Order without further notice to any party.

Dated: July 5, 2006.                      s / Michael J. Davis
                                        Judge Michael J. Davis